**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Tracey Devon PETERSON, Defendant—Appellant.**

No. 08–7254.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 11, 2008.

Decided: Dec. 17, 2008.

Tracey Devon Peterson, Appellant Pro Se. Laura Pellatiro Tayman, Assistant United States Attorney, Newport News, Virginia, for Appellee.

Before NIEMEYER, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

**154**

PER CURIAM:

Tracey Devon Peterson appeals the district court's order denying his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Peterson*, No. 2:99–cr–00116–JBF–8 (E.D. Va. June 24, 2008). We deny Peterson's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*